IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) | MDL No. 21-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., Plaintiffs, v. LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC. Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-314 (RGA) (LDH) (Consolidated) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., Plaintiffs, v. DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-732 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., Plaintiffs, v. DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 23-410 (RGA) |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "Dr. Reddy's"), hereby stipulate and agree that Plaintiffs' action against Dr. Reddy's and Dr. Reddy's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against Dr. Reddy's and all claims and defenses asserted by Dr. Reddy's against Plaintiffs, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| */s/ Derek J. Fahnestock* | */s/ Daniel A. Taylor* |
| Rodger D. Smith (#3778) <br> Derek J. Fahnestock (#4705) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@morrisnichols.com <br> dfahnestock@morrisnichols.com | Neal C. Belgam (#2721) <br> Daniel A. Taylor (#6934) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com |
| *Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.* | *Attorney for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |

December 22, 2025

SO ORDERED this 23 day of December, 2025.

/s/ Richard G. Andrews
United States District Court Judge